IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JARVEY JACOBS, JR.,
    Plaintiff,

vs.                                           Case No.: 3:13cv52/RV/EMT

WARDEN R. COMERFORD, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 30, 2013 (doc. 56). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections (doc. 57).

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Defendants' "Motion for Sanctions and Dismissal Based on Plaintiff's Failure to Disclose Prior Filings" (doc. 46) is **GRANTED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and results in the imposition of a "strike" under 28 U.S.C. § 1915(g).

3.     Plaintiff's "Emergency Motion to Amend to Correct Error" (doc. 49) is **DENIED**.

4.     Plaintiff's "Motion for This Court to Dismiss Defendants' 'Motion to Dismiss and Motion for Sanctions' . . ." (doc. 55) is **DENIED.**

5.     All other pending motions (docs. 22, 43, 52, 53, and 54) are **DENIED**, as moot.

6.     The clerk is directed to close this file.

**DONE AND ORDERED** this 25th day of November, 2013.

                                                  /s/ *Roger Vinson*
                                                  **ROGER VINSON**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**